NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOOP CULTURE, INC.,

    Plaintiff,

v.     Case No:   6:15-cv-1028-Orl-40TBS

GAP, INC.,

    Defendant.

## ORDER

Following a hearing on August 10, 2015, the Court entered its Order denying Plaintiff's motion for a preliminary injunction (Doc. 61).   Plaintiff has filed a notice that it is taking an interlocutory appeal of the Court's decision to the Eleventh Circuit Court of Appeal (Doc. 62).   On August 28, 2015, Plaintiff asked the Eleventh Circuit to expedite its appeal (Doc. 68 at 1).   Now pending before the Court is the Parties' Joint Motion to Stay Proceedings Pending Resolution of Plaintiff's Appeal (Doc. 68).   By their motion, the parties seek a stay of all proceedings in this Court until the Eleventh Circuit decides the appeal (Id.).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.   How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance."   Landis v. North American Co., 299 U.S. 248, 254-55, 57 S.Ct. 163, 81 L.Ed. 153 (1936).   All parties have agreed to the relief sought and the Eleventh Circuit's decision on the appeal has the potential to significantly advance this case toward resolution.     Accordingly, the

motion is **GRANTED**, and this action is **STAYED** pending the outcome of Plaintiff's appeal or further order of the Court, whichever occurs first.   At least once every 60 days, the parties shall make a written report to the Court concerning the status of the appeal

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record